**STATE of Missouri, Respondent,**

v.

**Larry FOWLER, Appellant.**

**No. WD 64461.**

Missouri Court of Appeals,
Western District.

Oct. 25, 2005.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 20, 2005.

Application for Transfer Denied
April 11, 2006.

Kent Denzel, Columbia, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before SMART, P.J., LOWENSTEIN and HARDWICK, JJ.

## ORDER

PER CURIAM.

Appellant, a prisoner in a Department of Corrections facility, broke a window while arguing with another inmate. He was convicted of damaging state property under Mo.Rev.Stat. § 217.385.2 (2000). On appeal Appellant claims his conviction is not supported by sufficient evidence. Affirmed. Rule 30.25(b).